IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No.   02-cr-00097-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAROD R. WALKER,

    Defendant.

---

**ORDER**

---

    PURSUANT to and in accordance with the Order entered by the Honorable Judge William J. Martínez, it is

    ORDERED that Defendant Jarod R. Walker is sentenced to TIME SERVED.

    Dated at Denver, Colorado, this 18th day of September, 2012.

BY THE COURT:

William J. Martínez
United States District Judge