# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For Revocation of Supervised Release) |
| v. | Case Number:  02-cr-00097-WJM-01 |
| JAROD R. WALKER | USM Number:  30861-013 |
| | Scott Varholak, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 12/31/2012 |
| 2 | Possession and Use of a Controlled Substance | 02/09/2013 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 5, 2013
Date of Imposition of Judgment

_Signature of Judge_

William J. Martinez, U.S. District Judge
Name & Title of Judge

11 Dec 2013
Date

DEFENDANT:  JAROD R. WALKER
CASE NUMBER:  02-cr-00097-WJM-01                                                                Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 02/19/2013 |
| 4 | Possession and Use of a Controlled Substance | 03/03/2013 |
| 5 | Failure to Report for Substance Abuse Treatement as Directed by the Probation Officer | 02/25/2013 |
| 6 | Violation of the Law (Third Degree Assault) | 03/09/2013 |

DEFENDANT:  JAROD R. WALKER
CASE NUMBER:  02-cr-00097-WJM-01                                    Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ten (10) months, to be served concurrently with the Colorado Department of Corrections sentence currently being served.

The court recommends that the Bureau of Prisons designate FCI Englewood in Littleton, Colorado, for service of sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal